Christina Jay ACKER, Plaintiff—
Appellant,

v.

DISHMOND, Disciplinary Coordinator,
Defendant,

and

Troy West, Disciplinary Appeals
Officer; et al., Defendants—
Appellees.

No. 00–16225.

D.C. No. CV–93–01650–ROS(MS).

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2002 *.

Decided Feb. 20, 2002.

Before B. FLETCHER, T.G. NELSON,
and TALLMAN, Circuit Judges.

MEMORANDUM **

Christina Jay Acker, an Arizona state prisoner, appeals pro se the district court's judgment dismissing her 42 U.S.C. § 1983 action for failure to prosecute. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's dismissal for failure to prosecute pursuant to Fed.R.Civ.P. 41(b), *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir.1992), and we affirm.

Because the district court considered all the relevant factors, including Acker's three year failure to comply with a court order to file a pretrial statement, the district court did not abuse its discretion by granting defendants' motion to dismiss for failure to prosecute. *See Moneymaker v. CoBen (In re Eisen),* 31 F.3d 1447, 1451–56 (9th Cir.1994).

Acker's remaining contentions lack merit.

Acker's "Motion to Order Adversary to Copy Entire Case File" is denied.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

